Opinion issued January 28, 2010









 

In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-05-00849-CR

NO. 01-05-00850-CR

____________


SEAN MICHAEL FABER, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 9th District Court 

Waller County, Texas

Trial Court Cause No. 11579 (Counts I and II)






MEMORANDUM OPINION

 On November 20, 2009, appellant, Sean Michael Faber, filed a motion to
dismiss this appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Massengale. 

Do not publish. Tex. R. App. P. 47.2(b).